were unauthorized conditions, which could not be enforced in a suit on the bond. Slocomb v. Roberts, 16 La. 173; Baker v. Morrison, 4 La. Ann. 372; Welsh v. Barrow, 9 Rob. 535; St. Charles Street Railroad Co. v. Fidelity & Deposit Co., 109 La. 491, 33 South. 574.

The appeal is dismissed.

(61 South. 869.)

No. 19,865.

BOARD OF COM'RS OF FIFTH LOUISI-
ANA LEVEE DIST. v. CONCORDIA
LAND & TIMBER CO.

(April 28, 1913.)

Appeal from Tenth Judicial District Court, Parish of Concordia; John E. Clayton, Judge ad hoc.

Action by the Board of Commissioners of Fifth Louisiana Levee District against the Concordia Land & Timber Company. Judgment for defendant, and plaintiff appeals. Dismissed.

Jeff B. Snyder (John S. Boatner, Jr., of Vidalia, of counsel), for appellant. Calhoun & Calhoun, of Vidalia, and W. M. Murphy, of St. Louis, Mo., for appellee.

SOMMERVILLE, J. For the reasons given in case No. 19,864, entitled Board of Commissioners of Fifth Louisiana Levee District v. Howard Land & Timber Co., 61 South. 868, ante, p. 911, this day decided:

It is ordered that this appeal is dismissed.

(61 South. 869.)

No. 19,867.

BOARD OF COM'RS OF FIFTH LOUISI-
ANA LEVEE DIST. v. HOPS.

(April 28, 1913.)

Appeal from Tenth Judicial District Court, Parish of Concordia; John E. Clayton, Judge ad hoc.

Action by the Board of Commissioners of Fifth Louisiana Levee District against Frank W. Hops. Judgment for defendant, and plaintiffs appeal. Dismissed.

Jeff B. Snyder (John S. Boatner, Jr., of Vidalia, of counsel), for appellant. Calhoun & Calhoun, of Vidalia, and W. M. Murphy, of St. Louis, Mo., for appellee.

SOMMERVILLE, J. For the reasons given in case No. 19,864, entitled Board of Commis-

sioners of Fifth Louisiana Levee District v. Howard Land & Timber Co., 61 South. 868, ante, p. 911, this day decided:

It is ordered that this appeal be dismissed.

(61 South. 870.)

No. 19,866.

BOARD OF COM'RS OF FIFTH LOUISI-
ANA LEVEE DIST. v. FARMER-
WREN LAND CO.

(April 28, 1913.)

Appeal from Tenth Judicial District Court, Parish of Concordia; John E. Clayton, Judge ad hoc.

Action by the Board of Commissioners of the Fifth Louisiana Levee District against the Farmer-Wren Land Company. Judgment for defendant, and the board appeals. Dismissed.

Jeff B. Snyder (John S. Boatner, Jr., of Vidalia, of counsel), for appellant. Calhoun & Calhoun, of Vidalia, and W. M. Murphy, of St. Louis, Mo., for appellee.

SOMMERVILLE, J. For the reasons given in case No. 19,864, entitled Board of Commissioners of Fifth Louisiana Levee District v. Howard Land & Timber Co., 61 South. 868, ante, p. 911, this day decided:

It is ordered that this appeal be dismissed.

(61 South. 870.)

No. 19,161.

KELLY, WEBER & CO., Limited, v. VOR-
DENBAUMEN LUMBER
CO., Limited.

(April 14, 1913. Rehearing Denied May 12, 1913.)

(Syllabus by the Court.)

APPEAL AND ERROR (§ 46*)—JURISDICTION—
AMOUNT IN CONTROVERSY.

This court is without jurisdiction of an appeal taken by a clerk of a district court from a judgment rejecting his claim for $194.50 demanded of the appellant in a cause for preparing, for the purposes of the transcript of appeal, a copy of the transcript of the parol testimony taken in such cause.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 198–201; Dec. Dig. § 46.*]

Provosty, J., dissenting.

Appeal from Eighteenth Judicial District Court, Parish of Lafayette; Wm. Campbell, Judge.